1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY S. DEVINE, | ) Case No. 5:24-cv-02245-SSC |
| | ) |
| Plaintiff, | ) **[~~PROPOSED~~]** |
| vs. | ) **JUDGMENT** |
| | ) |
| LELAND DUDEK, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  March 13, 2025      _____

HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE